UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL S. SANDIGO,

        Plaintiff,

    v.

MICHAEL C. SAYRE, et al.,

        Defendants.

Case No.  12-cv-00980-WHO (PR)

**ORDER SETTING BRIEFING
SCHEDULE**

      The Court sets the following briefing schedule.  On July 17, 2014, defendants shall file a dispositive motion, or notice regarding such motion, in response to the complaint, and in conformity with the second order of service (Docket No. 7).  Plaintiff Sandigo's opposition to such motion, if any, shall be filed within forty-five days after defendants have filed their motion.  Defendants shall file a reply, if any, within fifteen days of the opposition being filed.  **<u>Defendants are to adhere to the notice provisions detailed in Sections 2.a and 10 of the second order of service (Docket No. 7).</u>**  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

      All communications by Sandigo with the Court must be served on defendants, or defendants' counsel once counsel has been designated, by mailing a true copy of the document to defendants or defendants' counsel.

United States District Court
Northern District of California

Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1 is required before the parties may conduct discovery.

It is Sandigo's responsibility to prosecute this case.  He must keep the court informed of any change of address and must comply with the Court's orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Extensions of time must be filed no later than the deadline sought to be extended and must be accompanied by a showing of good cause.

**IT IS SO ORDERED.**

**Dated:**  April 2, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL S SANDIGO,

               Plaintiff,

  v.

MICHAEL C SAYRE et al,

               Defendant.

_____/

Case Number: CV12-00980 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Daniel S. Sandigo K-07935
Pelican Bay State Prison D10-201
P.O. Box 7500
Crescent City, CA 95532

Dated: April 2, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk